IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GRANT YOAKUM, *as personal representative of the estate of Nicholas Rodin*,

    Plaintiff,

v.

CROOK COUNTY,

    Defendant.

No. 2:23-cv-00001-AB

JUDGMENT

**BAGGIO, District Judge:**

In accordance with the Jury's Verdict (ECF 103), and the Court's previous dismissal of Steven Hatcher (ECF 76), JUDGMENT is hereby entered in favor of Defendants.

IT IS SO ORDERED.

Dated this 27th day of May 2025.

*Amy M. Baggio*
AMY M. BAGGIO
United States District Judge

1 – JUDGMENT